PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone:  (406) 457-5120
FAX:    (406) 457-5130
EMAIL:  paulette.stewart@usdoj.gov

**ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA**

**FILED**

MAR 2 0 2014

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14- 28 -BLG-SPW |
|---|---|
| Plaintiff, | <u>INDICTMENT</u> |
| vs. | DISTRIBUTION OF VICODIN RESULTING IN DEATH<br>Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(E)(i) (Count I)<br>(Penalty: 15 years imprisonment, $500,000 fine, and at least two years supervised release) |
| BEN WILLARD HUNN,<br><br>Defendant. | |
| | DISTRIBUTION OF VICODIN, SOMA, AMBIEN, AND XANEX<br>Title 21 U.S.C. § 841(a)(1) and (b)(1)(E)(i)<br>(Counts II-XIII)<br>(Penalty: Ten years imprisonment, $500,000 fine, and at least two years supervised release) |

|   | DISTRIBUTION OF DEXTRO-AMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>(Count XIV)<br>(Penalty: 20 years imprisonment, $1,000,000 fine, and at least three years supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That on or about October 19, 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute Vicodin (hydrocodone), a Schedule III controlled substance, to K.B. (full name withheld to protect privacy), which resulted in the death of K.B. due to her use of that Vicodin (hydrocodone), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(E)(i).

COUNT II

That in October 2012, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled

substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT III

That in November 2012, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT IV

That in December 2012, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT V

That in January 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled

substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT VI

That in February 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT VII

That in March 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT VIII

That in April 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled

substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT IX

That in May 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT X

That in June 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT XI

That in July 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled

substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT XII

That in August 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT XIII

That in September 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of Vicodin (hydrocodone), a schedule III controlled substance, and Soma (carisoprodol), Ambien (zolpidem), and Xanax (alprazolam), Schedule IV controlled substances, in violation of 21 U.S.C. § 841(a)(1).

COUNT XIV

That in October 2013, at Sidney, in the State and District of Montana, the defendant, BEN WILLARD HUNN, did knowingly distribute a substance containing a detectable amount of dextro-amphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: __X (STATE CUSTODY)__
Bail: _____

7